**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 286 EAL 2018

Respondent :

:

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

:

:

JAMES COKER, :

:

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.